**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FUNCTIONAL GOVERNMENT INITIATIVE,  <br><br>    Plaintiff,  <br><br>    v.  <br><br>U.S. DEPARTMENT OF JUSTICE  <br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:23-cv-1122 (CKK)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT STATUS REPORT**

The parties, by and through counsel, file this Joint Status Report pursuant to the Court's September 12, 2023 Minute Order. This is a Freedom of Information Act ("FOIA") matter involving a FOIA request that Plaintiff submitted to multiple components of the United States Department of Justice ("DOJ") that seeks certain records related to the Reproductive Rights Task Force. Compl. ¶¶ 5–7. Plaintiff filed the Complaint on April 21, 2023, ECF No. 1, and DOJ filed its Answer on June 15, 2023, ECF No. 4.

The parties are continuing to work to clarify and narrow the scope of the request for the different components in order to allow the components' searching and processing to proceed efficiently. Because the components' searches are not yet complete, they are not yet able to provide estimates as to the total volume of potentially responsive records or estimates as to processing schedules. The components will continue to confer with Plaintiff regarding scope, search results, and processing as things progress. The parties will provide an update on the status of the searches in the next joint status report.

The parties respectfully propose that they submit another Joint Status Report on March 11, 2024 to update the Court on the status of Plaintiff's FOIA request and proposed dates for processing and production.

| | |
|---|---|
| Dated: January 10, 2024 | Respectfully submitted, |
| */s/ Jeremiah L. Morgan* <br> JEREMIAH L. MORGAN <br> D.C. Bar No. 1012943 <br> WILLIAM J. OLSON, P.C. <br> 370 Maple Avenue West <br> Suite 4 <br> Vienna, VA 22180 <br> (703) 356-5070 <br> Fax: (703) 356-5085 <br> Email: jmorgan@lawandfreedom.com <br><br> *Counsel for Plaintiff* | BRIAN M. BOYNTON <br> Principal Deputy Assistant Attorney General <br><br> ELIZABETH J. SHAPIRO <br> Deputy Director, Federal Programs Branch <br><br> */s/ Cassandra M. Snyder* <br> CASSANDRA M. SNYDER <br> DC Bar No. 1671667 <br> Trial Attorney <br> U.S. Department of Justice <br> Civil Division, Federal Programs Branch <br> 1100 L Street, N.W. <br> Washington, D.C. 20005 <br> Telephone: (202) 451-7729 <br> Facsimile: (202) 616-8460 <br> E-mail: Cassandra.M.Snyder@usdoj.gov <br><br> *Counsel for Defendant* |