IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FUNCTIONAL GOVERNMENT INITIATIVE,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE<br><br>Defendant. | Civil Action No. 1:23-cv-1122 (CKK) |

**JOINT STATUS REPORT**

The parties, by and through counsel, file this Joint Status Report pursuant to the Court's September 12, 2023 Minute Order. This is a Freedom of Information Act ("FOIA") matter involving a FOIA request that Plaintiff submitted to multiple components of the United States Department of Justice ("DOJ") that seeks certain records related to the Reproductive Rights Task Force. Compl. ¶¶ 5–7. Plaintiff filed the Complaint on April 21, 2023, ECF No. 1, and DOJ filed its Answer on June 15, 2023, ECF No. 4.

The parties have agreed to narrow the scope of the request for the different components. In particular, the parties have agreed that the custodians to be searched will include: the heads of components who attended Task Force meetings, primary staff from the leadership offices (including the Offices of the Attorney General, the Deputy Attorney General, and the Associate Attorney General) who attended Task Force meetings, and staff who attended for those individuals if they did not attend a meeting. The parties have also agreed that Plaintiff's request for certain "other records," Compl. ¶ 7, is limited to emails, calendars, and text messages; any emails will be limited to communications (thus excluding emails such as newsletters and press releases, unless accompanied by personal commentary from the sender); any emails are further limited to those

between two (or more) custodians within different components, or alternatively between one (or more) custodian and anyone external to the federal government; and that Defendant components may exclude all attachments from processing, unless and until Plaintiff affirmatively requests those attachments. The parties have also agreed to narrow the search terms, to include exclusively: "FACE Act" within five words of "clinic"; "Freedom of Access to Clinical Entrances"; "pro-life"; "abortion" within five words of "clinics"; and "reproductive health care."

The components provide the following updates on their processing of Plaintiff's requests. After completing an initial responsiveness review and applying the parties' narrowing agreements to its electronic search results, DOJ's Office of Information Policy ("OIP") has identified approximately 9,000 pages of documents containing potentially responsive material. That number is subject to change based on further responsiveness review and deduplication. OIP anticipates that it will complete the initial processing of potentially responsive material at a rate of at least 350 pages per month. At the end of each monthly processing cycle, OIP will then circulate material to other Executive Branch entities for consultation, as necessary.

DOJ's Civil Division has located approximately 2,687 pages of potentially responsive documents, which number is subject to change based on further responsiveness review and deduplication. The Civil Division anticipates providing an initial interim response by October 15, 2024.

DOJ's Civil Rights Division has located approximately 1,000 potentially responsive documents, which number is subject to change based on further responsiveness review and deduplication.

DOJ's Office of the Solicitor General, Office of Legal Counsel, and Executive Office for U.S. Attorneys are each continuing to process potentially responsive documents.

DOJ's Office for Access to Justice has completed review of potentially responsive documents and is currently awaiting response from other components on their consultation requests.

The components will continue to confer with Plaintiff as things progress. The parties will provide an update on the status of processing in the next joint status report. The parties respectfully propose that they submit another Joint Status Report on November 8, 2024 to update the Court on the status of Plaintiff's FOIA request and proposed dates for processing and production.

| | |
|---|---|
| Dated: September 9, 2024 | Respectfully submitted, |
| */s/ Jeremiah L. Morgan* | BRIAN M. BOYNTON |
| JEREMIAH L. MORGAN | Principal Deputy Assistant Attorney General |
| D.C. Bar No. 1012943 | |
| WILLIAM J. OLSON, P.C. | ELIZABETH J. SHAPIRO |
| 370 Maple Avenue West | Deputy Director, Federal Programs Branch |
| Suite 4 | |
| Vienna, VA 22180 | */s/ Cassandra M. Snyder* |
| (703) 356-5070 | CASSANDRA M. SNYDER |
| Fax: (703) 356-5085 | DC Bar No. 1671667 |
| Email: jmorgan@lawandfreedom.com | Trial Attorney |
| | U.S. Department of Justice |
| *Counsel for Plaintiff* | Civil Division, Federal Programs Branch |
| | 1100 L Street, N.W. |
| | Washington, D.C. 20005 |
| | Telephone: (202) 451-7729 |
| | Facsimile: (202) 616-8460 |
| | E-mail: Cassandra.M.Snyder@usdoj.gov |
| | |
| | *Counsel for Defendant* |