**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
)
FUNCTIONAL GOVERNMENT )
INITIATIVE, )
)
    Plaintiff, )
)
    v. )    Civil Action No. 1:23-cv-1122-CKK
)
U.S. DEPARTMENT OF JUSTICE )
)
    Defendant. )
_____)

**JOINT STATUS REPORT**

The parties, by and through counsel, file this Joint Status Report pursuant to the Court's September 12, 2023 Minute Order. This is a Freedom of Information Act ("FOIA") matter involving a FOIA request that Plaintiff submitted to multiple components of the United States Department of Justice ("DOJ") that seeks certain records related to the Reproductive Rights Task Force. Compl. ¶¶ 5–7. Plaintiff filed the Complaint on April 21, 2023, ECF No. 1, and DOJ filed its Answer on June 15, 2023, ECF No. 4.

The parties have agreed to narrow the scope of the request for the different components. *See* Joint Status Report at 1–2, ECF No. 17. The components provide the following updates on their processing of Plaintiff's request.

OIP is continuing to complete the initial processing of potentially responsive material at a rate of at least 350 pages per month and is then circulating material to other Executive Branch entities for consultation, as necessary. As previously reported, OIP issued its first interim response to Plaintiff on January 23, 2025. OIP is continuing to follow up on the status of outstanding consultations and now anticipates that it will issue its second interim response on or around May 30, 2025.

DOJ's Civil Division provided a third interim response on March 10, 2025, in which it addressed action taken as to 220 of these pages potentially responsive to the request. The 220 pages are being referred to OIP for further review and processing. The Civil Division has completed its initial review of the search results. For remaining records that require further consultation with other DOJ FOIA Offices and/or other government agencies, the Civil Division will provide additional responses as these consultations are completed.

DOJ's Civil Rights Division has identified approximately 480 potentially responsive documents, which number is subject to change based on further responsiveness review and deduplication.  The Civil Rights Division provided its first interim response on May 7, 2025, releasing 21 pages in part.  The Civil Rights Division is continuing to complete the initial processing of potentially responsive material and is then circulating material to other Executive Branch entities and Department of Justice components for consultation, as necessary. The Division anticipates issuing rolling interim responses to Plaintiff as consultations are completed.

DOJ's Executive Office for U.S. Attorneys ("EOUSA") has identified approximately 31,876 potentially responsive pages, which number is subject to change based on further responsiveness review and deduplication.  EOUSA will circulate material to other Executive Branch entities for consultation, as necessary.  EOUSA has begun processing documents and will provide interim responses on a rolling basis.

DOJ's Office of the Solicitor General is in the process of reviewing potentially responsive pages.

DOJ's Office of Legal Counsel is continuing to process potentially responsive documents.

DOJ's Office for Access to Justice ("ATJ") has completed review of potentially responsive documents and, as of April 8, 2025, has determined that there are no records responsive to the request. The parties have no remaining disputes regarding ATJ's production.

The components will continue to confer with Plaintiff as things progress. The parties will provide an update on the status of processing in the next Joint Status Report. The parties respectfully propose that they submit another Joint Status Report on July 8, 2025 to update the Court on the status of Plaintiff's FOIA request and proposed dates for processing and production.

Dated: May 9, 2025

*/s/ Jeremiah L. Morgan*
JEREMIAH L. MORGAN
D.C. Bar No. 1012943
WILLIAM J. OLSON, P.C.
370 Maple Avenue West
Suite 4
Vienna, VA 22180
(703) 356-5070
Fax: (703) 356-5085
Email: jmorgan@lawandfreedom.com

*Counsel for Plaintiff*

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

*/s/ Cassandra M. Snyder*
CASSANDRA M. SNYDER
DC Bar No. 1671667
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 451-7729
Facsimile: (202) 616-8460
E-mail: Cassandra.M.Snyder@usdoj.gov

*Counsel for Defendant*