IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FUNCTIONAL GOVERNMENT INITIATIVE, ) ) ) ) Plaintiff, ) ) v. ) ) U.S. DEPARTMENT OF JUSTICE ) ) Defendant. ) ) | Civil Action No. 1:23-cv-1122-CKK |

**JOINT STATUS REPORT**

The parties, by and through counsel, file this Joint Status Report pursuant to the Court's September 12, 2023 Minute Order. This is a Freedom of Information Act ("FOIA") matter involving a FOIA request that Plaintiff submitted to multiple components of the United States Department of Justice ("DOJ") that seeks certain records related to the Reproductive Rights Task Force. Compl. ¶¶ 5–7. Plaintiff filed the Complaint on April 21, 2023, ECF No. 1, and DOJ filed its Answer on June 15, 2023, ECF No. 4.

The parties have agreed to narrow the scope of the request for the different components. *See* Joint Status Report at 1–2, ECF No. 17. The components provide the following updates on their processing of Plaintiff's request. Since the filing of the last JSR, DOJ's Office of Information Policy (OIP) has completed the initial processing of potentially responsive material and has circulated all remaining material to other Executive Branch entities for consultation, as necessary. OIP is continuing to actively follow up on the status of outstanding consultations and will issue additional rolling responses as consultations are completed.

The Civil Division has provided three interim responses and awaits the results of consultation with other DOJ FOIA Offices and/or other government agencies as to fourteen

outstanding, potentially responsive pages. The Civil Division will provide additional responses as these consultations are completed.

DOJ's Civil Rights Division has identified approximately 480 potentially responsive documents, which number is subject to change based on further responsiveness review and deduplication. The Civil Rights Division provided its second interim response on June 30, 2025, releasing 19 pages in part. The Civil Rights Division is continuing to complete the initial processing of potentially responsive material and is then circulating material to other Executive Branch entities and Department of Justice components for consultation, as necessary. The Division anticipates issuing rolling interim responses to Plaintiff as consultations are completed.

DOJ's Executive Office for U.S. Attorneys ("EOUSA") has identified approximately 31,876 potentially responsive pages, which number is subject to change based on further responsiveness review and deduplication. EOUSA will circulate material to other Executive Branch entities for consultation, as necessary. EOUSA has begun processing documents and will provide interim responses on a rolling basis.

DOJ's Office of the Solicitor General has identified approximately 290 pages of responsive records and intends to provide further update on production timing in the next Joint Status Report.

DOJ's Office of Legal Counsel is continuing to process potentially responsive documents.

As previously stated, DOJ's Office for Access to Justice ("ATJ") has completed review of potentially responsive documents and, as of April 8, 2025, has determined that there are no records responsive to the request. The parties have no remaining disputes regarding ATJ's production.

The components will continue to confer with Plaintiff as things progress. The parties will provide an update on the status of processing in the next Joint Status Report. The parties

respectfully propose that they submit another Joint Status Report on March 2, 2026, to update the Court on the status of Plaintiff's FOIA request and proposed dates for processing and production.

| | |
|---|---|
| Dated: December 30, 2025 | Respectfully submitted, |
| */s/ Jeremiah L. Morgan* <br> JEREMIAH L. MORGAN <br> D.C. Bar No. 1012943 <br> WILLIAM J. OLSON, P.C. <br> 370 Maple Avenue West <br> Suite 4 <br> Vienna, VA 22180 <br> (703) 356-5070 <br> Fax: (703) 356-5085 <br> Email: jmorgan@lawandfreedom.com <br><br> *Counsel for Plaintiff* | BRETT A. SHUMATE <br> Assistant Attorney General <br><br> ELIZABETH J. SHAPIRO <br> Deputy Director, Federal Programs Branch <br><br> */s/ Natalie M. Villalon* <br> NATALIE M. VILLALON <br> (D.C. Bar No. 90015127) <br> Trial Attorney <br> Federal Programs Branch <br> Civil Division, Department of Justice <br> 1100 L Street, NW <br> Washington, DC 20005 <br> Telephone: (202) 860-9963 <br> Natalie.M.Villalon@usdoj.gov <br><br> *Counsel for Defendant* |