# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FUNCTIONAL GOVERNMENT INITIATIVE,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:23-cv-1122-CKK<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT STATUS REPORT

The parties, by and through counsel, file this Joint Status Report pursuant to the Court's September 12, 2023 Minute Order.  This is a Freedom of Information Act ("FOIA") matter involving a FOIA request that Plaintiff submitted to multiple components of the United States Department of Justice ("DOJ") that seeks certain records related to the Reproductive Rights Task Force.  Compl. ¶¶ 5–7.  Plaintiff filed the Complaint on April 21, 2023, ECF No. 1, and DOJ filed its Answer on June 15, 2023, ECF No. 4.

The parties have agreed to narrow the scope of the request for the different components. *See* Joint Status Report at 1–2, ECF No. 17.  The components provide the following updates on their processing of Plaintiff's request.

DOJ's Office of Information Policy ("OIP") has, as previously reported, completed the initial processing of potentially responsive material and has circulated all remaining material to other Executive Branch entities for consultation, as necessary.  OIP has identified approximately 1,500 potentially responsive documents.  OIP is continuing to actively follow up on the status of outstanding consultations, most recently on May 29, 2026, and will issue additional rolling responses as consultations are completed.

The Civil Division has provided three interim responses and awaits the results of consultation with other DOJ FOIA Offices and/or other government agencies as to fourteen outstanding, potentially responsive pages. The Civil Division will plan to follow up with any agency where consultation is outstanding to see whether it is possible to complete consultation within the next JSR period.

DOJ's Civil Rights Division has identified approximately 480 potentially responsive documents, which number is subject to change based on further responsiveness review and deduplication. The Civil Rights Division provided its third interim response on February 20, 2026, releasing 39 pages in part. The Civil Rights Division completed the initial processing of potentially responsive material and circulated material to other Executive Branch entities and Department of Justice components for consultation. The Division is continuing to actively follow up on the status of the outstanding consultations, most recently on May 20, 2026, and will issue additional rolling responses as consultations are completed.

DOJ's Executive Office for U.S. Attorneys ("EOUSA") has completed its response to this FOIA request. EOUSA served its seventh and final interim response on March 25, 2026.

DOJ's Office of the Solicitor General ("OSG") has completed its response to this FOIA request. EOUSA served its first and only response on March 9, 2026.

DOJ's Office of Legal Counsel is continuing to process potentially responsive documents.

As previously stated, DOJ's Office for Access to Justice ("ATJ") has completed review of potentially responsive documents and, as of April 8, 2025, has determined that there are no records responsive to the request. The parties have no remaining disputes regarding ATJ's production.

The components will continue to confer with Plaintiff as things progress. The parties will provide an update on the status of processing in the next Joint Status Report. The parties

respectfully propose that they submit another Joint Status Report on September 1, 2026, to update

the Court on the status of Plaintiff's FOIA request and proposed dates for processing and

production.

Dated:  June 1, 2026

*/s/ Jeremiah L. Morgan*
JEREMIAH L. MORGAN
D.C. Bar No. 1012943
WILLIAM J. OLSON, P.C.
370 Maple Avenue West
Suite 4
Vienna, VA 22180
(703) 356-5070
Fax: (703) 356-5085
Email: jmorgan@lawandfreedom.com

*Counsel for Plaintiff*

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

*/s/ Natalie M. Villalon*
NATALIE M. VILLALON
(D.C. Bar No. 90015127)
Trial Attorney
Federal Programs Branch
Civil Division, Department of Justice
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 860-9963
Natalie.M.Villalon@usdoj.gov

*Counsel for Defendant*